# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1617
_____

DUSTIN CLAY ROBERTS SR,

    Appellant,

    v.

CHRISTEN COLLIER BOYER,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

February 4, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dustin Clay Roberts, Sr, pro se, Appellant.

No appearance for Appellee.